THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Samuel M. Odom, Appellant.
 
 
 

Appeal from Bamberg County
Doyet A. Early, III, Circuit Court Judge
Unpublished Opinion No.  2009-UP-374
Submitted June 1, 2009  Filed June 29,
 2009
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM: Samuel M. Odom appeals his guilty plea to two counts of distribution
 of marijuana.  He maintains his guilty plea failed to conform with the mandates
 set forth in Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Odoms appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
HEARN, C.J., and
 THOMAS and KONDUROS JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.